IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HANJIN SHIPPING CO LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-cv-494 -FL |
| ) | |
| REEFCO LOGISTICS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ENTRY OF DEFAULT**

It appearing that the complaint was filed in this case on September 21, 2011; that the summons and complaint were duly served up on the Defendant Reefco Logistics, Inc. on October 9, 2011, and no answer or other pleadings has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Reefco Logistics, Inc., as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

*[signature]*

Dennis P. Iavarone
Clerk of Court