IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HANJIN SHIPPING CO LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-cv-494 |
| ) | |
| REEFCO LOGISTICS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFAULT JUDGMENT**

The Defendant Reefco Logistics, Inc., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that the defendant is indebted to plaintiff in the principal sum of $27,977.00 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that the plaintiff Hanjin Shipping Co Ltd. recover of the Defendant Reefco Logistics, Inc. the sum of $27,977.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the requests of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

_/s/ Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge